Exhibit A to the Complaint

**Location:** Boyertown, PA                                        **IP Address:** 73.188.199.185
**Total Works Infringed:** 30                                     **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | 9584FF4676B68475BD5A62DD968D7C218510FF31 | 05/20/2025 16:54:14 | Blacked Raw | 05/16/2025 | 05/21/2025 | PA0002531832 |
| 2 | 3ac0cdd0bed5ceca80d61bab841530781b0475e7 | 05/20/2025 10:32:27 | Blacked | 05/13/2025 | 05/20/2025 | PA0002531793 |
| 3 | 6113e86335488430f9325b3e8539ea2ddb71f3ab | 05/20/2025 10:29:12 | Tushy | 05/18/2025 | 05/20/2025 | PA0002531763 |
| 4 | 8948061311054b39f3b8204f51e28b92ad82b451 | 05/14/2025 12:38:37 | Tushy | 05/11/2025 | 05/21/2025 | PA0002531833 |
| 5 | 7599e895d236eac0b276d33cb41f9f44dea557e5 | 05/08/2025 16:39:20 | Milfy | 05/07/2025 | 05/21/2025 | PA0002531911 |
| 6 | 2aa73a307b958167c8f552cf231d325f8e387d2c | 05/08/2025 16:27:55 | TushyRaw | 05/07/2025 | 05/20/2025 | PA0002531762 |
| 7 | abdaa16f8d30b5d4248d8072832f74e96d81b71d | 05/05/2025 08:27:59 | Tushy | 05/04/2025 | 05/21/2025 | PA0002531939 |
| 8 | e3d4caca51d98edd755dccfc556c3a6523067a6b | 05/03/2025 09:24:44 | Vixen | 05/02/2025 | 05/21/2025 | PA0002531828 |
| 9 | a11c2b4812d87ec371b0c91a51f0e4dde5afd372 | 04/27/2025 15:49:04 | Blacked Raw | 04/26/2025 | 05/20/2025 | PA0002531777 |
| 10 | b0b8d80287adc5c08a60e1df35106ae648225247 | 04/21/2025 12:01:48 | Tushy | 04/20/2025 | 04/22/2025 | PA0002527101 |
| 11 | aa08c132036816c89f72d5a9ab1492fcc6b3c9e8 | 04/15/2025 08:01:43 | Blacked | 04/13/2025 | 04/22/2025 | PA0002527054 |
| 12 | 79dfd87eeeb56dd5a93e98686b2c7e6916199f27 | 04/15/2025 04:00:32 | Tushy | 04/13/2025 | 04/28/2025 | PA0002527846 |
| 13 | 791662CD1363BF88D973A0C82BC21535AC2994D8 | 04/12/2025 11:01:58 | Vixen | 04/11/2025 | 04/23/2025 | PA0002527326 |
| 14 | 6d13b269dca95fead74dffbf80eb930e4615f0ee | 04/09/2025 12:04:11 | Blacked | 04/08/2025 | 04/22/2025 | PA0002527048 |
| 15 | 7e9087f85523b59a194c7a9564f34fdcc574125a | 04/08/2025 03:17:44 | Vixen | 04/04/2025 | 04/23/2025 | PA0002527321 |
| 16 | CB449A30844F774866CE876A5799CE364F9F76A1 | 03/25/2025 16:07:01 | Milfy | 07/17/2024 | 09/05/2024 | PA0002491145 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 17 | 57e1b5403c13ef21f1672ccb4ef6a0ead4e9e109 | 03/23/2025 03:11:18 | Wifey | 03/20/2025 | 05/21/2025 | PA0002531816 |
| 18 | e11899b24d5fe1bd36473f9f7809ddf595bcd205 | 03/22/2025 15:17:59 | Vixen | 03/21/2025 | 03/28/2025 | PA0002522461 |
| 19 | 42A833B7DFA0242A39AC2FBFC68D57D113E1FF80 | 03/09/2025 06:12:01 | Tushy | 02/23/2025 | 03/28/2025 | PA0002522498 |
| 20 | 0bd0425e9de1126974a7a8aac1e3b22d56b08d1a | 03/09/2025 06:02:53 | Tushy | 03/02/2025 | 03/28/2025 | PA0002522493 |
| 21 | 5664F791633ED6AEF1A2A924F4376F7DCFB877DA | 03/09/2025 01:00:01 | Vixen | 03/07/2025 | 03/28/2025 | PA0002522463 |
| 22 | 4850bd8c4f72b88e1813887c1d750999b53422b2 | 03/08/2025 21:27:02 | Blacked Raw | 03/07/2025 | 03/25/2025 | PA0002521733 |
| 23 | 7e4fc74e0fd6afb670b07f4f2d99ec1c070b7a42 | 03/07/2025 04:33:32 | Milfy | 03/05/2025 | 03/28/2025 | PA0002522501 |
| 24 | 3f2bf7d5260e4a3cf6b29fff8dc354f99795a0d7 | 12/25/2024 21:47:31 | Tushy | 12/22/2024 | 01/16/2025 | PA0002509285 |
| 25 | d2b852e789de97155088e670102b0f40540fe97b | 11/21/2024 17:53:06 | Milfy | 11/20/2024 | 12/13/2024 | PA0002506260 |
| 26 | 60E0BED3E1AB3B91CBF72732ED324E633B8CD58F | 10/26/2024 19:09:28 | TushyRaw | 10/22/2024 | 11/18/2024 | PA0002500904 |
| 27 | 8F934293D68F6AB99E04F77935C0C0B57090809F | 10/26/2024 13:17:24 | Vixen | 10/25/2024 | 11/18/2024 | PA0002500931 |
| 28 | 1c90912e53a5de5d729c7759d934fa97a8cffb44 | 10/26/2024 12:04:08 | Blacked | 10/25/2024 | 11/18/2024 | PA0002500986 |
| 29 | bec08b7d4e26346cbb564cf87826de0d5a4238f3 | 10/24/2024 12:14:08 | Milfy | 08/07/2024 | 09/17/2024 | PA0002490329 |
| 30 | 20d49d536912e1265d9389994045cc98a4b5a21d | 10/24/2024 02:19:18 | Milfy | 09/18/2024 | 10/16/2024 | PA0002494686 |